Griffith H. Hayes, Esq.
Nevada Bar No. 7374
Martin A. Muckleroy, Esq.
Nevada Bar No. 9634
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
3930 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 949-3104

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL KARCH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SINOENERGY CORPORATION, TIANZHOU DENG, XIANG DONG YANG, BO HUANG, ROBERT I. ADLER, RENJIE LU, GREG MARCINKOWSKI, BAOHENG SHI, AND SKYWIDE CAPITAL MANAGEMENT LIMITED,<br><br>Defendants. | CASE NO.:  2:09-cv-2320-PMP-LRL<br><br>AND RELATED CASES<br><br>Case No.: 2:09-cv-2321-JCM-PAL<br>Case No.: 2:09-cv-2322-RCJ-RJJ<br>Case No.: 2:09-cv-2323-LDG-PAL<br><br>**PLAINTIFF'S MOTION TO REMAND** |

Plaintiff Carol Karch, ("Plaintiff") hereby moves for an Order in the above-captioned action: (a) pursuant to the provisions of 28 U.S.C. § 1447, remanding the above-captioned action to the Eighth Judicial District Court for the State of Nevada In and For the County of Clark, from which it was removed on or about December 8, 2009, pursuant to the Defendants' Notice of Removal; and (b) pursuant to 28 U.S.C. § 1447(c), awarding attorneys' fees and expenses attributable to the improper removal and Plaintiff's Motion to Remand. In support of this Motion,

the undersigned will rely upon Plaintiff's Opening Brief filed in support of their Motion to Remand.

DATED:  January 7, 2010

Respectfully submitted,

**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**

  /s/   *Martin A. Muckleroy*
Griffith H. Hayes, Esq.
Nevada Bar No. 7374
Martin A. Muckleroy, Esq.
Nevada Bar No. 9632
3930 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 949-3100
Facsimile:   (702) 949-3104

*Counsel for Plaintiffs*

OF COUNSEL:

**STULL, STULL & BRODY**
Aaron Brody
6 East 45th Street
New York, New York  10017
Tel.: (212) 687-7230
Fax: (212) 490-2022

*Counsel for Plaintiffs Carol Karch and Robert E. Guzman*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Cooksey Toolen Gage Duffy & Woog and that on the 7th day of January, 2010, a true and correct copy of PLAINTIFFS' MOTION TO REMAND was served on the parties to this case through electronic transmission of the Notice of Electronic Filing, which constitutes service of a document on Filing Users under the Court's Electronic Filing Procedures to all parties to this case who are Filing Users of the Electronic Filing System of the United States District Court for the District of Nevada.

_____
An Employee of Toolen Gage Duffy & Woog